UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 15, 2023

| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
|---|---|---|
| v. | : | GRAND JURY ORIGINAL |
| JAMIEK BASSIL, also known as "Onion," DAMIEN JENKINS, also known as "Woe," TREVON PALMER, also known as "Rocky," CHARLES MANSON, also known as "Cheese," VAN ROBINSON, also known as "Boogie," NATHANIEL RUSSELL, also known as "Thump," BRIYON SHUFORD, also known as "Breezy," LYDELL DOUGLAS, also known as "L," JEROME POWELL, also known as "J Rock," and JASON GREEN, Defendants. | : | VIOLATIONS: 21 U.S.C. § 846 and § 860(a) (Conspiracy to Distribute and Possess with Intent to Distribute Four Hundred Grams or More of Fentanyl and Cocaine Base within 1,000 Feet of a Protected Location) 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(vi) (Unlawful Distribution of Forty Grams or More of Fentanyl) 21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(viii) (Unlawful Distribution of Fifty Grams or More of Methamphetamine) 18 U.S.C. § 922(g)(1) (Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment Exceeding One Year) 22 D.C. Code § 402 (Assault with a Dangerous Weapon) 22 D.C. Code § 1805 (Aiding and Abetting) 22 D.C. Code § 4504(b) (Possession of a Firearm during a Crime of Violence or Dangerous Offense) FORFEITURE: 21 U.S.C. § 853(a) and (p) |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

From on or about June 2023, and continuing until May 9, 2024, within the District of Columbia and elsewhere, **JAMIEK BASSIL, also known as "Onion," DAMIEN JENKINS, also known as "Woe," TREVON PALMER, also known as "Rocky," CHARLES MANSON, also known as "Cheese," VAN ROBINSON, also known as "Boogie," NATHANIEL RUSSELL, also known as "Thump," BRIYON SHUFORD, also known as "Breezy," LYDELL DOUGLAS, also known as "L," JEROME POWELL, also known as "J Rock," and JASON GREEN**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute four hundred grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, and a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(B)(vi), 841(b)(1)(C), and 860(a), within one thousand feet of the real property comprising a protected location, including Phelps High School and AppleTree Early Learning Public Charter School, public schools in the District of Columbia.

Quantity of Narcotics Involved in the Conspiracy:

With respect to defendant **JAMIEK BASSIL, also known as "Onion,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved four hundred grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), and 860(a).

With respect to defendant **DAMIEN JENKINS, also known as "Woe,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved four hundred grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(C), and 860(a).

With respect to defendant **TREVON PALMER, also known as "Rocky,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved four hundred grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(C), and 860(a).

With respect to defendant **CHARLES MANSON, also known as "Cheese,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved forty grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi), 841(b)(1)(C), and 860(a).

With respect to defendant **VAN ROBINSON, also known as "Boogie,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved forty grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi), 841(b)(1)(C), and 860(a).

With respect to defendant **NATHANIEL RUSSELL, also known as "Thump,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved forty grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi), and 860(a).

With respect to defendant **BRIYON SHUFORD, also known as "Breezy,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved forty grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(vi), and 860(a).

With respect to defendant **LYDELL DOUGLAS, also known as "L,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of cocaine base, also

known as crack, a Schedule II narcotic drug controlled substance, within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860(a).

With respect to defendant **JEROME POWELL, also known as "J Rock,"** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860(a).

With respect to defendant **JASON GREEN,** his conduct as a member of the narcotics conspiracy charged in Count One, which includes the reasonably foreseeable conduct of other members of the narcotics conspiracy charged in Count One, involved a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, within one thousand feet of a protected location, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860(a).

**(Conspiracy to Distribute and Possess with Intent to Distribute Four Hundred Grams or More of Fentanyl and Cocaine Base Within 1,000 Feet of a Protected Location**, in violation of Title 21, United States Code, Sections 846 and 860(a))

## COUNT TWO

On or about February 2, 2024, within the District of Columbia, **TREVON PALMER, also known as "Rocky,"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

## COUNT THREE

On or about February 5, 2024, within the District of Columbia, **DAMIEN JENKINS, also known as "Woe,"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

## COUNT FOUR

On or about February 13, 2024, within the District of Columbia, **JAMIEK BASSIL, also known as "Onion,"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

## COUNT FIVE

On or about February 14, 2024, within the District of Columbia, **DAMIEN JENKINS, also known as "Woe,"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

## COUNT SIX

On or about February 15, 2024, within the District of Columbia, **JAMIEK BASSIL, also known as "Onion,"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of

a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

### COUNT SEVEN

On or about February 15, 2024, within the District of Columbia, **TREVON PALMER, also known as "Rocky,"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

### COUNT EIGHT

On or about February 21, 2024, within the District of Columbia, **NATHANIEL RUSSELL, also known as "Thump," and JAMIEK BASSIL, also known as "Onion,"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

### COUNT NINE

On or about February 23, 2024, within the District of Columbia, **NATHANIEL RUSSELL, also known as "Thump," and JAMIEK BASSIL, also known as "Onion"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

### COUNT TEN

On or about February 29, 2024, within the District of Columbia, **TREVON PALMER, also known as "Rocky,"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

   **(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

### COUNT ELEVEN

On or about March 1, 2024, within the District of Columbia, **NATHANIEL RUSSELL, also known as "Thump," and JAMIEK BASSIL, also known as "Onion"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

   **(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

### COUNT TWELVE

On or about March 15, 2024, within the District of Columbia, **CHARLES MANSON, also known as "Cheese,"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

   **(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

### COUNT THIRTEEN

On or about March 20, 2024, within the District of Columbia, **TREVON PALMER, also known as "Rocky,"** did unlawfully, knowingly, and intentionally distribute 50 grams or more of

a mixture and substance containing a detectable amount of methamphetamine, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Fifty Grams or More of Methamphetamine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii))

## COUNT FOURTEEN

On or about March 29, 2024, within the District of Columbia, **DAMIEN JENKINS, also known as "Woe,"** did unlawfully, knowingly, and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Forty Grams or More of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi))

## COUNT FIFTEEN

On or about March 7, 2024, within the District of Columbia, **CHARLES MANSON, also known as "Cheese,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the District of Columbia, Criminal Case Nos. 2011-CF3-11640 and 2009-CF3-24771, did unlawfully and knowingly receive and possess ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Sections 922(g)(1))

## COUNT SIXTEEN

On or about March 7, 2024, within the District of Columbia, **CHARLES MANSON, also known as "Cheese,"** and **DAMIEN JENKINS, also known as "Woe,"** assaulted T.J. with a dangerous weapon, that is, a firearm.

(**Assault with a Dangerous Weapon and Aiding and Abetting**, in violation of 22 D.C. Code, Sections 402, 1805)

## COUNT SEVENTEEN

On or about March 7, 2024, within the District of Columbia, **CHARLES MANSON, also known as "Cheese,"** did possess a firearm, that is, a handgun, while committing the crime of Assault with a Dangerous Weapon, as set forth in Count Sixteen of this indictment.

(**Possession of a Firearm during a Crime of Violence or Dangerous Offense**, in violation of 22 D.C. Code, Section 4504(b))

## FORFEITURE ALLEGATION

1.  Upon conviction of the offenses alleged in Counts One through Fourteen of this indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense. The United States will also seek forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of these offenses.

2.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a) and (p))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/ccw*
Attorney of the United States in
and for the District of Columbia.