AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

**RECEIVED**

By USMS  District of Columbia District Court at 8:57 am, May 10, 2024

United States of America

v.

JEROME POWELL

*Defendant*

)
)
)
)
)
)
)

Case: 1:24-cr-00226
Assigned to: Judge Howell, Beryl A.
Assign Date: 5/9/2024
Description: INDICTMENT (B)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     JEROME POWELL

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 and § 860(a) - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE FENTANYL WITHIN 1,000 FEET OF A PROTECTED LOCATION;

FORFEITURE: 21 U.S.C. § 853(a) and (p)

2024.05.09
16:43:02 -04'00'

Date:     05/09/2024

*Issuing officer's signature*

City and state:     WASHINGTON, DC

ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE

*Printed name and title*

---

**Return**

This warrant was received on *(date)*  05/10/24  , and the person was arrested on *(date)* 5/15/2024

at *(city and state)*  Washington DC  .

Date: 5/16/ 2024

*Arresting officer's signature*

SCOTT BROWN TFO/FBI MPD

*Printed name and title*