UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 24-CR-226 (BAH) |
| | : | |
| JAMIEK BASSIL, et al., | : | |
| | : | |
| Defendants. | : | |

## STATUS REPORT

In response to the Court's October 24, 2024, Minute Order, the United States of America provides the following update as to the status of the defendants' cases.

1. **Jamiek Bassil:** The parties are continuing to engage in plea negotiations.

2. **Damien Jenkins:** The parties expect this case will resolve by way of plea.

3. **Trevon Palmer:** The parties are continuing to engage in plea negotiations. Defense counsel plans to see her client again at the end of this week.

4. **Charles Manson:** The parties are continuing to engage in plea negotiations.

5. **Nathaniel Russell:** Defendant Russell pleaded guilty on January 10, 2025.

6. **Van Robinson:** The parties are finalizing a plea agreement and expect that this case will resolve by way of plea.

7. **Bryon Shuford:** Defendant Shuford pleaded guilty on October 31, 2024.

8. **Lydell Douglas:** Defendant Douglas pleaded guilty on November 15, 2024.

9. **Jerome Powell:** Defendant Powell was previously represented by Jose German at FPD. He is now represented by Maria Jacob. However, Ms. Jacob is on extended leave until January 21, 2025, and we understand she intends to meet with Mr. Powell about the pending plea offer after her return.

10. **Jason Green:** The parties are continuing to engage in plea negotiations.

11. **Ahmed Mikal Bailey:** We expect a resolution by way of plea and are finalizing plea paperwork.  We expect to be able to provide the Court with plea paperwork by the end of next week and will be requesting a change of plea hearing at that time.

12. **Abrian Walker:** Signed plea paperwork was emailed to the Court on January 13, 2025 and the parties anticipate that a change of plea hearing will be scheduled for February 6,

2024.

The Government expects that its case-in-chief would last approximately three weeks. As of now, after consulting with counsel for Defendants Bassil, Jenkins, Palmer, Manson, and Green, the first available time that trial could occur appears to be October 2025. However, given the ongoing good faith plea negotiations, the Government expects that additional defendants will resolve their cases by way of plea. The Government therefore requests a status hearing approximately 45 days after the January 23, 2025, hearing, at which time all pending plea offers will expire. At that time, the Government expects to know who intends to plead guilty and who intends to go to trial.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar Number 481052

By:    */s/ Solomon S. Eppel*
    SOLOMON S. EPPEL
    Assistant United States Attorney
    District of Columbia
    DC Bar No. 1046323
    601 D Street, NW
    Washington, DC 20530
    (202) 252-6661
    solomon.eppel@usdoj.gov