# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:24-cr-00226 (BAH) |
| ) | |
| VAN G. ROBINSON, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW AS COUNSEL

Counsel for defendant in the above captioned case respectfully moves this Court for leave to withdraw as counsel. As grounds for this motion, counsel submits the following:

On May 15, 2024, counsel was appointed to represent Mr. Robinson.

During the tenure of counsel's professional relationship with the defendant, irreconcilable differences have emerged between the parties. Said differences preclude the possibility of sustaining the relationship of trust and confidence necessary to ensure the defendant effective assistance of counsel.

Mr. Robinson has informed counsel that he wishes to be appointed new counsel.

Counsel requests that the March 13, Change of Plea hearing be converted to a Status Conference.

Wherefore, for the above stated reasons, as well as any others which might appear to the Court, undersigned counsel respectfully moves this Court for leave to withdraw and to appoint new counsel in the above-captioned case.

Dated: March 4, 2025         The Law Firm of Sellano L. Simmons, PLLC

/s/ Sellano L. Simmons

Sellano L. Simmons
503 D Street, Suite 300
Washington, D.C. 20001
Telephone: (240) 485-6106
slsimmons@slsimmonslaw.com

**ATTORNEY FOR VAN G. ROBINSON**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 4th day of March, 2025 to the U.S. Attorney's Office, 601 D Street N.W. Washington, D.C. 20001, and to all counsel of record.  Served by via electronic mail.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>VAN G. ROBINSON, )<br>)<br>Defendant. )<br>) | Case No. 1:24-cr-00226 (BAH) |

**ORDER**

The Court has reviewed and considered Defense Counsel's Motion to Withdraw as Counsel. For the reasons stated therein, the motion is **GRANTED**.

**IT IS SO ORDERED**.

March 4, 2025

_____
Beryl A. Howell
District Judge